YOLANDA ERAZO, Respondent, v MANUEL P. CABECA, Appellant.

Submitted March 5, 2007; decided May 3, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of NOEL FEUSTEL, Appellant, v SCOTT S. ROSENBLUM et al., Respondents.

Submitted March 5, 2007; decided May 3, 2007

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

HOLLY M. GIBBONS, Appellant, v FOSTER J. GIBBONS, Respondent.

Submitted February 13, 2007; decided May 3, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.